UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANN KHY, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 1:20-cv-00185-JDP <br><br> STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT <br><br> ECF No. 13 |

   IT IS HEREBY STIPULATED, by and between Savann Khy (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision with evidentiary support for the findings. The Appeals Council will instruct the administrative law judge (ALJ) to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning Plaintiff's mental impairments. The Appeals Council will instruct the ALJ to reevaluate the Plaintiff's symptom complaints. The Appeals Council will instruct the ALJ to evaluate

further whether Plaintiff has the residual functional capacity to perform her past relevant work or any other work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given her age, education, vocational factors and residual functional capacity. The Appeals Council will instruct the ALJ to take further action, as warranted, to update the administrative record.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

      Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: August 31, 2020    By:   */s/ Jacqueline Anna Forslund*\*
JACQUELINE ANNA FORSLUND
Forslund Law, LLC
Counsel for Plaintiff
\*As authorized via email on August 31, 2020

*/s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Counsel for Defendant

2

**ORDER**

The parties' stipulation for remand, ECF No. 13, is granted as stipulated.

IT IS SO ORDERED.

Dated:   September 1, 2020                           _____
                                                    UNITED STATES MAGISTRATE JUDGE

No. 204.